DAVIS WRIGHT TREMAINE LLP
865 S. F IGUEROA S T.
S UITE 2400
L OS A NGELES, C ALIFORNIA 90017-2566
T ELEPHONE (213) 633-6800
F AX (213) 633-6899

BONNIE E. MACNAUGHTON (State Bar No. 107402)
  bonniemacnaughton@dwt.com
ANNA R. BUONO (State Bar No. 232753)
  annabuono@dwt.com
JAMES H. WENDELL (*pro hac vice*)
  jamiewendell@dwt.com

Attorneys for Plaintiff
MICROSOFT CORPORATION

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICROSOFT CORPORATION,<br><br>                    Plaintiff,<br><br>          v.<br><br>FAME 1 COMPUTERS, INC. a California corporation; and CORPITGROUP, INC., a California corporation,<br><br>                    Defendants. | No. 2:17-cv-04464-TJH-JCx<br><br>**PERMANENT INJUNCTION [72]** |

PERMANENT INJUNCTION
Case No. 2:17-cv-04464-TJH-JC - 1

Davis Wright Tremaine LLP
L AW O FFICES
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
206.622.3150 main · 206.757.7700 fax

# PERMANENT INJUNCTION

Pursuant to the above stipulation of the parties, IT IS HEREBY ORDERED that Defendants Fame 1 and CorpITGroup and their directors, principals, officers, employees, agents, successors and assigns are enjoined and restrained from:

1. Copying or making any other infringing use or infringing distribution of Microsoft's software and other intellectual property, including product activation keys decoupled from their original licensed software;

2. Manufacturing, assembling, producing, distributing, offering for distribution, circulating, selling, offering for sale, advertising, importing, promoting or displaying any Microsoft software or other intellectual property bearing any simulation, reproduction, counterfeit, copy, or colorable imitation of any of Microsoft's registered trademarks, service marks, or copyrights, except as permitted by law or as otherwise authorized or allowed by Microsoft;

3. Using any simulation, reproduction, counterfeit, copy, or colorable imitation of Microsoft's registered trademarks, service marks or copyrights in connection with the manufacture, assembly, production, distribution, offering for distributing, circulation, sale, offering for sale, import, advertisement, promotion, or display of any software, component, and/or other item not authorized or licensed by Microsoft;

4. Using any false designation of origin or false or misleading description or false or misleading representation that can or is likely to lead the trade or public or individuals erroneously to believe that any software, component, and/or other item has been manufactured, assembled, produced, distributed, displayed, licensed, sponsored, approved or authorized by or for Microsoft, when such is not true in fact;

5. Engaging in any other activity constituting an infringement of any of Microsoft's trademarks, services marks, and/or copyrights, or of Microsoft's rights

PERMANENT INJUNCTION
Case No. 2:17-cv-04464-TJH-JC - 2

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
206.622.3150 main · 206.757.7700 fax

in, or right to use or to exploit, such trademarks, services marks and/or copyrights; and/or

    6.    Assisting, aiding, or abetting any other person or business entity in engaging in or performing any of the activities listed above.

DATED THIS 30th day of May, 2019.

_____
The Honorable Terry J. Hatter Jr.
UNITED STATES DISTRICT JUDGE

PERMANENT INJUNCTION
Case No. 2:17-cv-04464-TJH-JC - 3

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
206.622.3150 main · 206.757.7700 fax